IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 06-5255-MCF |
|---|---|
| **ESTEBAN DIAZ VEGA**<br>**HILDRED MATTEI FRANCESCHINI** | CHAPTER 7 |
| **Debtors** | |

# MOTION TO REOPEN CASE FOR ACTION RELATED TO VIOLATION OF DISCHARGE

TO THE HONORABLE COURT:

**COMES NOW**, Debtors **ESTEBAN DIAZ VEGA & HILDRED MATTEI FRANCESCHINI** by counsel, and hereby request that the above-captioned case be reopened pursuant to 11 U.S.C § 350(b) in order to accord relief to the Debtors; and in support thereof avers as follows:

1. The debtors filed for relief under the bankruptcy code, for a chapter 13 on December 22, 2006, (dk-1), subsequently converted to chapter 7 and received a discharge order pursuant to 11 U.S.C. §727 on September 11, 2009 (dk-83).

2. Among the creditors listed with debts was Banco Popular de Puerto Rico hereinafter (BPPR) as a secured and unsecured creditor from multiple claims.

3. BPPR filed claim no. 18-1 which included various three notes of unsecured loans in said claim.

4. Later after the discharge order was entered BPPR sold the above stated to notes another creditor and last Condado 3, CFL, LLC. hereinafter ("Condado"), acquired the discharge claims.

5. Nonetheless after the discharge order was entered the creditor that acquired claim no. 18-1 continue to send collection letters claiming the payment of the note describe in proof of claim no. 18-1 as "Exhibit A" in the amount of $50,000.00 with an overdraft of $135.00.

6. The continue harassment of the creditor to the debtors claiming a dishcarge debt has cause the debtors harm, prejudice and has spoiled their fresh start as the collection of the debt has also halted future negotiations as to a secured debt currently owned by Condado.

7. The debtors has notified by phone to the creditor that the debt in the amount of $50,000.00 dollars was discharge and the creditors have shown complete disregard to the debtor's statements.

8. The creditor Condado even went as far a filing a civil suit in the Federal District Court of Puerto Rico for the foreclosure of the secured loan and the collection of the discharge unsecured note in the amount of $50,000.00. See Case no. 18-01928, Dk- 1, page. 4 of the Federal District Court for Puerto Rico.

9. This action increase the stress of the debtors which have tried to make a good faith arrangement with the creditor Condado to no avail as Condado still did not recognize the unsecured debt of $50,000.00 as discharge.

10. The Debtor needs to file a motion to reopen the instant case to pursue an action against Banco Popular de Puerto Rico, for violation of the discharge injunction pursuant to 11 USC§ 524.

11. The Federal Rules of Bankruptcy do not require a fee for this complaint.

12. The debtor is filing a complaint for contempt, for violation of the discharge injunction applicable to this case by virtue of 11 U.S.C. § 524(a).

**WHEREFORE**, the Debtors request that this case be reopen to allow the debtors to file and prosecute an action against creditors for violation of the discharge injunction pursuant to 11 U.S.C. §524 of the Bankruptcy Court and that the Court grant a waiver of the filing fee to reopen the instant case.

**21 DAYS NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be

deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the present motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants, and to all parties in interest as per the attached master address list.

In Sabana Grande, Puerto Rico this 27 day of December of 2019.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
P.O. Box 1414
Sabana Grande, Puerto Rico 00637
Phone (787) 396-9029
Quiebrapr@gmail.com

06-05255-MCF7 ESTEBAN DIAZ VEGA and HILDRED MATTEI FRANCESCHINI
Case type: bk Chapter: 7 Asset: Yes Vol: v US BANKRUPTCY JUDGE: MILDRED CABAN FLORES
Date filed: 12/22/2006 Date of last filing: 11/26/2010
Debtor discharged: 09/11/2009 Joint debtor discharged: 09/11/2009
Date terminated: 11/24/2010

Creditors

ADL PLUS INC
16 HAMPDEN DRIVE
UNIT 1
EASTON MA 02375(2404505)
(cr)
ADL PLUS INC.
51 FAITH AVE
AUBURN MA 01501-1805(2365243)
(cr)
AEE
PO BOX 364508
SAN JUAN PR 00936-4508(2365244)
(cr)
AETREX WORLDWIDE INC
414 ALFRED AVE
TEANECK NJ 07666-5756(2365245)
(cr)
AIR SEP
PO BOX 1130
AMHER ST NY 14226(2406721)
(cr)
ALIMED INC
C/O GREGG JOHNSON
6800 BROKEN SOUND PKWY NW
BOCA RATON FL 33487-2788(2365246)
(cr)
AMERICAN EXPRESS CORP
PO BOX 2978204
FORT LAUDERDALE FL 33329-7804(2406723)
(cr)
AMERICAN EXPRESS CORP
PO BOX 297828
FORT LAUDERDALE FL 33329-7828(2365247)
(cr)
American Express TRS Co, Inc Latin American
Division
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701(2402736)
(cr)
AXESA
C/O BEACH ASSOCIATES INC
696 S BAY RD STE B

DOVER DE 19901-4626(2365248)  
(cr)  
BANCO POPULAR  
PO BOX 70100  
SAN JUAN PR 00936-7077(2365249)  
(cr)  
BANCO BILBAO VIZCAYA ARGENTARIA  
PO BOX 364745  
SAN JUAN, PR 00936(2374104)  
(cr)  
BANCO BILBAO VIZCAYA ARGENTARRIA  
PO BOX 364745  
SAN JUAN, PR 00936(2374103)  
(cr)  
BANCO BILBAO VIZCAYA-PR  
P O BOX 71113  
SAN JUAN PR 00936-1113(2365250)  
(cr)  
BANCO POPULAR DE PR  
P O BOX 366818  
SAN JUAN PR 00936-2708(2365251)  
(cr)  
BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS  
PO BOX 362708  
SAN JUAN PR 00936-2708(2384973)  
(cr)  
BANCO SANTANDER  
PO BOX 362589  
SAN JUAN PR 00936-2589(2365252)  
(cr)  
BANK OF AMERICA  
PO Box 650260  
Dallas TX 75265-0260(2365253)  
(cr)  
BANK OF AMERICA NA  
ATTN MR MBK  
PO BOX 53160  
PHOENIX AZ 85072(2383526)  
(cr)  
BATTLE CREEK EQUIPMENT  
307 JACKSON ST W  
BATTLE CREEK MI 49017-2306(2365254)  
(cr)  
CAPITAL ONE  
PO BOX 85184  
RICHMOND VA 23285-5184(2365255)  
(cr)  
Capital One Bank  
c/o Tsys Debt Mgmt  
PO Box 5155  
Norcross, GA 30091(2372976)  
(cr)  
CENTENNIAL  
PO BOX 71333  
SAN JUAN PR 00936-8433(2365256)

(cr)
CERTIFIED AMERICAN MOBILITY
C/O RAVI BATTA
18260 NE 19TH AVE STE 202
NORTH MIAMI BEACH FL 33162-1632(2365257)
(cr)
CITI CARDS
PO BOX 183068
Columbus OH 43218-3068(2365259)
(cr)
CITI CARDS
PO BOX 183068
COLUMBUS OH 43218-3068(2365258)
(cr)
Citibank ( South Dakota ) N.A.
DBA: SEARS
POB 182149
Columbus, OH 43218(2377897)
(cr)
CITIBANK, CCSI
CARDONA-JIMENEZ LAW OFFICE
PO BOX 9023593
SAN JUAN, PR 00902-3593(2380395)
(cr)
CITIFINANCIAL
PO BOX 9300
SAN JUAN PR 00908(2365260)
(cr)
CITIFINANCIAL F/K/A ASSOCIATES FINANCE
C/O FORTUNO & FORTUNO FAS
PO Box 9300
SAN JUAN PR 00908(2388425)
(cr)
COMPA?IA DE FOMENTO INDUSTRIAL
PO BOX 362350
SAN JUAN PR 00936-2350(2365261)
(cr)
COOP HORMIGUEROS
PO BOX 87
HORMIGUEROS PR 00660-0087(2365262)
(cr)
CRIM
PO BOX 195387
SAN JUAN PR 00919-5387(2391515)
(cr)
DEPARTMENT OF TREASURY
Bankrupcy Section (424-B)
PO Box 9024140
San Juan, PR 00902-4140(2392755)
(cr)
DREW SHOE CORPORATION
PO BOX 692140
CINCINNATI OH 45269-0001(2365263)
(cr)
DRIVE MEDICAL DEPOT

C/O LCDO. HUMBERTO GUZMAN RODRIGUEZ
PO BOX 7891
GUAYNABO PR 00970-7891(2365264)
(cr)
ESTEBAN DIAZ VEGA
HILDRED MATTEI FRANCESCHINI
P O BOX 343
YAUCO PR 00698(2365241)
(cr)
FIRST BANK
BANKRUPTCY DIVISION
P O BOX 9146
SAN JUAN PR 00908-0146(2370507)
(cr)
FIRST BANK
PO BOX 13817
SAN JUAN PR 00908-3800(2365265)
(cr)
FOMENTO INDUSTRIAL
PO BOX 362350
SAN JUAN PR 00936-2350(2406735)
(cr)
FORD MOTOR CREDIT CO OF PUERTO RICO INC
PO BOX 364189
SAN JUAN PR 00936-4189(2365266)
(cr)
HOSPECO
670 ALPHA DR
CLEVELAND OH 44143-2123(2365267)
(cr)
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG
2 PONCE DE LEON AVE ROOM 1014
SAN JUAN, PR 00918-1693(2373732)
(cr)
INVACARE CORPORATION
FREDERICK BOUGHER
1320 TAYLOR STREET
ELYRIA, OH 44035(2365268)
(cr)
JODEE INC
3100 N 29TH AVE
HOLLYWOOD FL 33020-1300(2365269)
(cr)
KRESS
C/O CARD PRODUCTS DIVISION(643)
PO BOX 70100
SAN JUAN PR 00936-8100(2365270)
(cr)
MODESTO BIGAS MENDEZ
P O BOX 7462
PONCE PR 00732-7462(2365242)
(cr)
MUNICIPIO DE YAUCO
PO BOX 1

YAUCO PR 00698-0001(2406737)
(cr)
OFFICE OF THE U.S. TRUSTEE
OCHOA BUILDING
500 TANCA ST., SUITE 301
SAN JUAN,PR 00901-1922(2390947)
(cr)
POPULAR AUTO
PO BOX 50045
SAN JUAN PR 00902-6045(2406739)
(cr)
POPULAR AUTO
PO BOX 50045
SAN JUAN PR 00902-6045(2365271)
(cr)
POPULAR AUTO (POPULAR LEASING)
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818(2391454)
(cr)
PRIDCO
PO Box 362350
San Juan, Puerto Rico 00936-2350(2412922)
(cr)
PROBASICS BY PMI
15 S MAIN ST STE 2ND UNIT F
MARLBORO NJ 07746-1595(2365272)
(cr)
Puerto Rico Department of Labor
Collection Unit - 12 Floor
505 Mu?oz Rivera Ave.
Hato Rey P.R. 00918(2385773)
(cr)
PUERTO RICO TELEPHONE CO
PO BOX 71401
SAN JUAN PR 00936(2406738)
(cr)
SEARS CREDIT CARDS
PO BOX 183114
COLUMBUS OH 43218-3114(2365273)
(cr)
SPOT ON HOLD
PO BOX 194000
SAN JUAN PR 00919-4000(2365274)
(cr)
STATE INSURANCE FUND CORPORATION
LCDO. WALLY DE LA ROSA VIDAL
PO BOX 365028
SAN JUAN, PR 00936-5028(2378712)
(cr)
STEPHEN GOULD CORP
3550 JEFFERSON RD
WHIPPONY NJ 07981(2380437)
(cr)
STEPHEN GROUP
PO BOX 1980

MORRISTOWN NJ 07962-1980(2365275)
(cr)
TEMPUS PALMS INTERNATIONAL LTD
TAMMY TSANG
7380 SAND LAKE ROAD STE 600
ORLANDO FL 32819(2381027)
(cr)
TEMPUS RESORT
C/O TEMPUS FINANCIAL SERVICES
PO BOX 31115
TAMPA FL 33631-3115(2365276)
(cr)
THUASNE NORTH AMERICA
645 KNECHTEL WAY NE SUITE 109
BAINBRIDGE ISLAND WA 98110(2365277)
(cr)
THUASNE NORTH AMERICA
CHARLES C ROBINSON
GARVEY SCHUBERT BARER
1191 SECOND AVE 18TH FLOOR
SEATTLE WA 98101(2403928)
(cr)
VANESSA DANETTE BONANO RODRIGUEZ
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192